JOHN BAKER, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued March 1, 1894; decided March 20, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 20, 1892, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Circuit.

*J. Newton Fiero* for appellant.

*Hamilton Harris* for respondent.

Agree to affirm; no opinion.
All concur, except FINCH, J., taking no part.
Judgment affirmed.